

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00302-CV

JOSEPH PALAZZOLO                                                        APPELLANT

V.

FORT WORTH INDEPENDENT                                                  APPELLEE
SCHOOL DISTRICT BOARD OF
TRUSTEES

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 352-276165-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GARDNER, WALKER, and MEIER, JJ.

DELIVERED:  February 25, 2016